**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **PATRICK A. MALCOLM, d/b/a "The Nursery at Ty Ty,"** | |
| Plaintiff, | Civil Action 7:11-CV-26 (HL) |
| v. | |
| **JOHN DOES 1-5,** | |
| Defendants. | |

**ORDER**

On April 11, 2011, the Court entered an order requiring Plaintiff to file an amended complaint no later than June 10, 2011 which names the John Doe defendant(s). Plaintiff has not done so, and did not file a motion for an extension of time explaining why the time limit could not be met. For his failure to comply with the Court's previous order, Plaintiff's complaint is dismissed without prejudice. The Clerk of Court is directed to close this case.

**SO ORDERED**, this the 16th day of June, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh